

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Shira Siskind
*Special Federal Litigation*
(212) 356-2414
(212) 356-3509 (fax)
siskind@law.nyc.gov

May 10, 2016

**BY ECF**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Rodney Marshall v. City of New York, et al.</u>,
             15-cv-6096-PKC-JO

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter and the attorney assigned to the defense of the above-referenced matter. Defendant writes, in accordance with this Court's Order dated May 6, 2016, to withdraw its request for leave to file a motion to dismiss pursuant to Rule 12(b)(6).

      Defendant thanks the Court for its time.

Respectfully submitted,

Shira Siskind

cc:    Magistrate Judge James Orenstein (by ECF)

       Gabriel Harvis, Esq.      (by ECF)
       *Attorney for Plaintiff*