AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Rodney Marshall | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15 CV 6096 (PKC) (JO) |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

### Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Police Officer Bryan Mark-Steiner, Shield No. 1061
106th Precinct
103-53 101st Street
Ozone Park, New York 11417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabriel Harvis, Esq.
Harvis & Fett LLP
305 Broadway, 14th Floor
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: MAY 25 2016

*Signature of Clerk or Deputy Clerk*