**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

RODNEY MARSHALL,

                                                        **ORDER**

     - against-                                        **CV-15-6096 (PKC)**

CITY OF NEW YORK, et al.,

                            Defendant.
-----------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

       The undersigned magistrate judge has been assigned to conduct a jury selection in the above-captioned case which will commence at 9:30 a.m. on August 7, 2017 in Courtroom 2F North.  All parties must arrive to the courtroom no later than 9:15 a.m.  Counsel are to comply with the schedule set by the District Judge on February 22, 2017 for proposed jury instructions and *voir dire*.

       **SO ORDERED.**

                                              s/
                                       _____
                                     **STEVEN L. TISCONE**
                                     **UNITED STATES MAGISTRATE JUDGE**

**Dated: Brooklyn, New York**
       **May 17, 2017**