UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RODNEY MARSHALL,

                              Plaintiffs,

      -against-

CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------x

15 CV 6096 (PKC) (JO)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Shira Siskind, dated June 26, 2017, and the exhibit annexed thereto and the Memorandum of Law, dated June 26, 2017, and upon all prior pleadings and proceedings had herein, defendants will move this Court before the Honorable Pamela K. Chen, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, *in limine* to dismiss plaintiff's Monell claim, and for such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, should be served by July 10, 2017.

DATED: New York, New York
June 26, 2017

                            Zachary W. Carter
                            Corporation Counsel
                            of the City of New York
                            *Attorney for Defendants*
                            100 Church Street
                            New York, New York 10007
                            (212) 356-2414

                                    /s/
            By:    _____
                   Shira Siskind
                   Assistant Corporation Counsel
                   Special Federal Litigation Division