UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RODNEY MARSHALL,

                                        Plaintiff,

    -against-

CITY OF NEW YORK; Police Officer IBALLYS
STARLING, Shield No. 13534; Sergeant MATTHEW
SEPE, Shield No. 2896; Lieutenant FRANK DIPRETA,

                                        Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

15-CV-6096 (PKC)(JO)

        **PLEASE TAKE NOTICE** that **Matthew J. Modafferi**, Senior Counsel, hereby appears as counsel of record on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendants Iballys Starling, Matthew Sepe and Frank Dipreta.

Dated: New York, New York
          July 19, 2017

                                      ZACHARY W. CARTER
                                      Corporation Counsel
                                          of the City of New York
                                      *Attorney for Defendants Iballys Starling, Matthew*
                                      *Sepe and Frank Dipreta*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2331

                                        By:        /s/
                                                Matthew J. Modafferi
                                                Senior Counsel
                                                Special Federal Litigation Division