

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Shira Siskind**<br>*Assistant Corporation Counsel*<br>(212) 356-2414<br>(212) 356-3509 (fax)<br>siskind@law.nyc.gov |

July 21, 2017

**BY ECF**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Rodney Marshall v. City of New York, et al.</u>
      15-cv-6096-PKC-JO

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request until Tuesday, July 25, 2017 to advise the Court whether we will have any objections to the losing proposition training material coming into evidence at trial.

  By way of background, the Court ruled on the admissibility at trial of the losing proposition training material at the initial pre-trial conference held on February 22, 2017. At the final pre-trial conference held yesterday, the undersigned represented that I would inform the Court by today about whether we have any objections to this training material being admitted into evidence at trial. However, defendants require a brief extension of time to speak to the appropriate individuals before providing the Court with their position about this issue. Therefore, defendants respectfully request until July 25, 2017 to advise the Court as to our position.

  Defendants thank the Court for its time and consideration of this request.

            Respectfully submitted,

            /s

            Shira Siskind
            Assistant Corporation Counsel
            Special Federal Litigation Division

cc: Gabriel Harvis, Esq. (by ECF)
*Attorney for Plaintiff*